IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Schoeneckers, Inc., a Minnesota corporation,

Plaintiff,

v.

Gary J. Pearson,

Defendant.

COURT FILE NO. 00-CV-2436 DWF/SRN

**STIPULATION TO TRANSFER VENUE AND ORDER**

The parties, through their undersigned attorneys, do hereby stipulate and agree to the entry of the order set forth below transferring this case to the United States District Court for the District of Connecticut, pursuant to 28 U.S.C. § 1404(a).

Dated: January 30, 2001.

MOSS & BARNETT
A Professional Association

By [signature]
James E. O'Brien (#80512)
Thomas J. Shroyer (#100638)
Attorneys for Plaintiff
4800 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-4129
Telephone: (612) 347-0300

FILED FEB 05 2001
FRANCIS E. DOSAL CLERK
JUDGMENT ENTD
DEPUTY CLERK

Dated: February 1st, 2001.

KELLY & BERENS, P.A.

By ______________________
Richard A. Kaplan (#64877)
Daniel C. Bryden (#0302284)
Attorneys for Defendant
3720 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
Telephone: (612) 349-6171
Facsimile: (612) 339-6686

**ORDER**

The Court having jurisdiction over this matter, and on the basis of the stipulation of the parties and the record herein, including defendant's motion under Rule 12 of the Federal Rules of Civil Procedure to dismiss or, in the alternative, to transfer venue to the District of Connecticut, and it appearing that the transfer will be in the convenience of witnesses and in the interest of justice pursuant to 28 U.S.C. § 1404(a),

IT IS THEREFORE ORDERED that the Clerk of this Court is directed to transfer this action forthwith upon the entry of this Order to the United States District Court for the District of Connecticut.

Dated: February 5, 2001.

BY THE COURT:

______________________
Donovan W. Frank
Judge of U.S. District Court

396495/1